In the Matter of the Application of MARIA L. CLARK to Vacate an Assessment.

(Submitted June 5, 1883 ; decided June 12, 1883.)

*George P. Andrews* for appellant.

*John C. Shaw* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JAMES R. TURNER, Respondent, *v.* THE FIRE INSURANCE COMPANY OF THE COUNTY OF PHILADELPHIA, Appellant.

(Submitted June 5, 1883 ; decided June 12, 1883.)

*Miron Winslow* for appellant.

*Lewis Johnson* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER. Ch. J., who dissents.
Order affirmed.

---

In the Matter of the Petition of STEPHEN B. FRENCH to Vacate an Assessment.

(Submitted June 5, 1883 ; decided June 12, 1883.)

*D. J. Dean* for appellant.

*Charles E. Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.